UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JOMO WILLIAMS, | |
|---|---|
| Plaintiff, | |
| -against- | 14 Civ. 00088 (LAP) |
| NYC DOC COMMISSIONER, | ORDER |
| Respondent. | |

| JOMO WILLIAMS, | |
|---|---|
| Plaintiff, | |
| -against- | 14 Civ. 03906 (LAP) |
| FDIC, ET AL., | ORDER |
| Respondents. | |

| JOMO WILLIAMS, | |
|---|---|
| Plaintiff, | |
| -against- | 14 Civ. 05522 (LAP) |
| JUSTICES OF APP. DIV. 1st DEPT., ET AL., | ORDER |
| Respondents. | |

| JOMO WILLIAMS, | |
|---|---|
| Plaintiff, | |
| -against- | 14 Civ. 06224 (LAP) |
| JUSTICE OF APP. DIV. 1st DEPT., ET AL., | ORDER |
| Respondents. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of pro se Plaintiff Jomo Williams' ("Plaintiff") request for an update on a motion to reconsider purportedly filed in the above-captioned actions on October 9, 2019. (See dkt. no. 18 in 14 Civ. 00088; dkt. no. 15 in 14 Civ. 03906; dkt. no. 13 in 14 Civ. 05522; and dkt. no. 10 in 14 Civ. 06224). However, the docket does not disclose any such motions pending in these actions. Accordingly, there is no update that the Court can provide to Plaintiff.

**SO ORDERED.**

Dated: New York, New York
January 10, 2020

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge